PD-0568-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/8/2015 2:30:17 PM
Accepted 5/12/2015 1:12:17 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## AT AUSTIN

---------------------------------------------------------------

## NO. 14-14-00015--CR

## IN THE COURT OF APPEALS FOR THE

## FOURTEENTH DISTRICT OF TEXAS

## AT HOUSTON

---------------------------------------------------------------

**HERBERT RAY WILSON,**              **APPELLANT**

**V.**

**THE STATE OF TEXAS,**              **APPELLEE**

---------------------------------------------------------------

## APPELLANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PETITION FOR DISCRETIONARY REVIEW

---------------------------------------------------------------

FILED IN
COURT OF CRIMINAL APPEALS

May 12, 2015

ABEL ACOSTA, CLERK

**Danny K. Easterling**
Easterling & Easterling, PC
Texas Bar No. 06362100
1018 Preston, 6th Floor
Houston, TX 77002
(713)228-4441
Counsel for Appellant,
Court-appointed on appeal.

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now, the Appellant, pursuant to Rule 68.2(C), Texas Rules of Appellate procedure, and files this motion for an extension of thirty (30) days in which to file Appellant's Petition for Discretionary Review, and as grounds therefore, presents the following:

1. Appellant was convicted in cause number 1133069 in the 174th District Court of Harris County and was sentenced to Life in TDC. Appellant gave timely written notice of appeal. This case was assigned to the Fourteenth Court of Appeals in Case 14-14-00015-CR. On 4/16/15, the Fourteenth Court of Appeals issued an Opinion affirming the conviction.

2. The Appellant's Petition for Discretionary Review is due .

3. Appellant's counsel has an active criminal defense trial practice and averages three court appearances in either Harris County District or County courts per morning.

4. Appellant's counsel also has an active Criminal defense appellate practice and is working on the following appeals and post conviction matters:

   a. Marque Coleman vs. The State of Texas
   b. Anthony Alegria vs. The State of Texas
   c. Darius Brown vs. The State of Texas
   d. In re: Darryl Carter

5. Appellant's Counsel would respectfully ask for a thirty (30) day extension.

This request for extension is not for delay but for the reason that Appellant's counsel may adequately discharge his responsibilities to Appellant and that justice may be done.

WHEREFORE, Appellant prays that the Court will grant an extension until 5/6/15, in which to file the Appellant's Petition for Discretionary Review in this matter.

Respectfully submitted,

EASTERLING & EASTERLING, P.C.

BY: _____
DANNY K. EASTERLING
Texas Bar Card No. 06362100
1018 Preston, Sixth Floor
Houston, TX 77002-1877
Telephone 713/228-4441
Telecopier 713/228-4072

Attorneys for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Appellant's Motion For Extension of Time in Which to file Appellant's Petition for Discretionary Review has been forwarded to the State of Texas Prosecuting Attorney at the address listed below on this the ___7___ day of ___May___, 2015.

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6ᵗʰ Floor
Houston, Texas 77002

_____
DANNY K. EASTERLING

## VERIFICATION

BEFORE ME THE UNDERSIGNED AUTHORITY on this day personally appeared DANNY K. EASTERLING, who being duly sworn, deposed and sail that the allegation of facts contained in the foregoing Appellant's Motion For Extension of Time In Which To File Appellant's Petition for Discretionary Review are true and correct.

_____
DANNY K. EASTERLING

SUBSCRIBED AND SWORN TO BEFORE ME on this the ___7___ day of ___May___ 2015, Notary Public in and for Harris County, Texas.

A. K. PEREZ
Notary Public, State of Texas
My Commission Expires
July 20, 2018

_____
NOTARY PUBLIC, STATE OF TEXAS